

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00425-CR

William James **BALLESTERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR8091
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 10, 2025.

_____
Adrian A. Spears II, Justice